**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>LUMOS NETWORKS CORP., LAWRENCE J. ASKOWITZ, TIMOTHY G. BILTZ, ROBERT E. GUTH, SHAWN F. O'DONNELL, MICHAEL K. ROBINSON, MICHAEL T. SICOLI, JERRY E. VAUGHN, PETER D. AQUINO, WILLIAM M. PRUELLAGE, MTN INFRASTRUCTURE TOPCO, INC., MTN INFRASTRUCTURE BIDCO, INC., and EQT PARTNERS INC., )<br><br>Defendants. ) | Case No. 1:17-cv-00369-RGA |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, on April 4, 2017, plaintiff Paul Parshall ("Plaintiff") filed a putative Class Action Complaint for Violation of the Securities Exchange Act of 1934 (the "Complaint") in the above-captioned action (the "Action");

WHEREAS, the Action asserts claims for violations of Sections 14(a) and 20(a) of the Securities and Exchange Act of 1934 and Rule 14a-9 promulgated thereunder relating to disclosures made in a preliminary proxy statement filed with the United States Securities and Exchange Commission (the "SEC") on or around March 31, 2017 in connection with the proposed acquisition of Lumos Networks Corp. ("Lumos") by affiliates of EQT Partners, Inc. (the "Transaction");

WHEREAS, on April 21, 2017, Lumos publicly filed a definitive proxy statement on Schedule 14A with the SEC (the "Proxy Statement");

-2-

WHEREAS, based on his review and analysis of the Proxy Statement, Plaintiff believes that sufficient information has been disclosed to warrant dismissal of the Complaint as moot;

WHEREAS, Defendants expressly deny that Plaintiff ever asserted any viable claim that could now be considered moot, but concur that such dismissal is appropriate because no viable claim exists;

WHEREAS, Plaintiff intends to submit to the Court an application for an award of attorneys' fees and reimbursement of expenses (the "Fee and Expense Application");

WHEREAS, Defendants expressly deny that the Complaint states any claim, and continue to deny that they committed or aided and abetted in any violation of law, or engaged in any of the wrongful acts alleged in the Complaint, and expressly maintain that they have diligently complied with all of their legal obligations;

WHEREAS, each Defendant reserves the right to oppose any Fee and Expense Application; and

WHEREAS, no compensation in any form has passed directly or indirectly to the Plaintiff or his attorneys and no promise or agreement to give any such compensation has been made, nor has any discussion relating to such compensation taken place between the parties; and

WHEREAS, no class has been certified in the Action.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by the undersigned parties, through their attorneys and subject to the Court's approval, that:

1. Notice is hereby given that pursuant to Rule 41(a)(l)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this action as moot.

2. This Court retains continuing jurisdiction over the parties in the Action solely for purposes of further proceedings related to the adjudication of Plaintiff's

anticipated Fee and Expense Application.

3. This Order is entered without prejudice to any defense or arguments any party may assert with respect to the anticipated Fee and Expense Application or any matter related thereto, which includes Defendants' right to challenge the basis for, as well as the amount of, the anticipated Fee and Expense Application.

| | |
|---|---|
| Dated: June 13, 2017 | **RIGRODSKY & LONG, P.A.** |
| **OF COUNSEL:** | By: */s/ Brian D. Long*<br>Brian D. Long (#4347) |
| **RM LAW, P.C.**<br>Richard A. Maniskas<br>1055 Westlakes Drive, Suite 3112<br>Berwyn, PA 19312<br>Telephone: (484) 324-6800 | Gina M. Serra (#5387)<br>2 Righter Parkway, Suite 120<br>Wilmington, DE 19803<br>Telephone: (302) 295-5310<br><br>*Attorneys for Plaintiff* |
| | **HEYMAN ENERIO GATTUSO & HIRZEL LLP** |
| **OF COUNSEL:** | By: */s/ Kurt M. Heyman* |
| **TROUTMAN SANDERS LLP**<br>J. Timothy Mast<br>Mary M. Weeks<br>600 Peachtree Street, NE, Suite 5200<br>Atlanta, GA 30308<br>Telephone: (404) 885-3000 | Kurt M. Heyman (#3054)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>Telephone: (302) 472-7302<br><br>*Counsel for Lumos Networks Corp. and the Individual Defendants* |
| | **RICHARDS LAYTON & FINGER P.A.** |
| | By: */s/ Raymond J. DiCamillo*<br>Raymond J. DiCamillo (#3188)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7786<br><br>*Counsel for Defendants EQT Partners Inc., MTN Infrastructure TopCo, Inc., and MTN Infrastructure BidCo, Inc.* |

**SO ORDERED** this _____ day of _____, 2017.

_____
Honorable Judge Richard G. Andrews
United States District Judge